The cause having been heard and duly considered by THE COURT, it was ordered, adjudged and decreed that the defendants be, and they are, perpetually enjoined and restrained from molesting or disturbing the title of the complainants respectively to the fixtures set up on the premises described in complainants' bill.

## Case No. 4,654.

FARMERS' & MECHANICS' BANK v. GAITHER.

[3 Cranch, C. C. 347.] [1]

Circuit Court, District of Columbia. Dec. Term, 1828. [2]

C. Cox, for plaintiffs,

Mr. Marbury, contra.

Mr. Kay, contra.

THE COURT (MORSELL, Circuit Judge, not sitting in the cause) refused to permit the plaintiffs to strike off the suit, upon Mr. Thomas Corcoran's giving security to indemnify the plaintiffs against the costs.

## Case No. 4,655.

FARMERS' & MECHANICS' BANK v. GAITHER.

[3 Cranch, C. C. 440.] [1]

Circuit Court, District of Columbia. May Term, 1829.

Clement Cox, for complainants.
W. Redin, for defendants.

[1] [Reported by Hon. William Cranch, Chief Judge.]

[2] [Reversed in 1 Pet. (26 U. S.) 37.]